UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ANY AND ALL SHARES OF 21 EAST 61
STREET APARTMENT CORP. HELD IN THE
NAME OF LOVITAS, INC., TOGETHER
WITH THE APPURTENANT PROPRIETARY
LEASE FOR COOPERATIVE UNIT 12E
WITHIN THE REAL PROPERTY AND
PREMISES LOCATED AT 21 EAST 61ST
STREET, NEW YORK, NEW YORK 10065,
AND ALL PROCEEDS TRACEABLE
THERETO, and

CONDOMINIUM UNIT 58D, TOGETHER
WITH ITS RESPECTIVE APPURTENANCES,
IMPROVEMENTS, FIXTURES,
ATTACHMENTS, EASEMENTS AND
FURNISHINGS, LOCATED AT 230 WEST
56TH STREET, NEW YORK, NEW YORK
10019, AND ALL PROCEEDS TRACEABLE
THERETO,

                Defendant.
----------------------------------X

CERTIFICATE OF SERVICE

Civil Action No. 24-2147

        FBI Special Agent, Timothy Pak, hereby declares and states as follows:

That on the 4th day of April 2024, I personally posted the following document:

                Notice of Complaint

on the following properties with respect to the above-captioned civil action:

                21 East 61st Street, Apt 12E
                New York, NY 10065; and

                230 West 56th Street Apt 58D
                New York, NY 10019

Dated: Brooklyn, New York
      April 10, 2024

                                                  _____
                                                  Timothy Pak
                                                  Special Agent
                                                  Federal Bureau of Investigation