UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                Plaintiff,          CERTIFICATE OF SERVICE

      - against -                  Civil Action No. 24-2147

ANY AND ALL SHARES OF 21 EAST 61 STREET APARTMENT CORP. HELD IN THE NAME OF LOVITAS, INC., TOGETHER WITH THE APPURTENANT PROPRIETARY LEASE FOR COOPERATIVE UNIT 12E WITHIN THE REAL PROPERTY AND PREMISES LOCATED AT 21 EAST 61ST STREET, NEW YORK, NEW YORK 10065, AND ALL PROCEEDS TRACEABLE THERETO, and

CONDOMINIUM UNIT 58D, TOGETHER WITH ITS RESPECTIVE APPURTENANCES, IMPROVEMENTS, FIXTURES, ATTACHMENTS, EASEMENTS AND FURNISHINGS, LOCATED AT 230 WEST 56TH STREET, NEW YORK, NEW YORK 10019, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        I, Yvette Ramos, hereby certify that on April 29, 2024, I caused to be served Notice to Claimant Pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rule"),

together with copies of Supplemental Rule G, and the Verified Complaint *In Rem*, in the above-captioned action, by FedEx upon:

Lovitas Limited
c/o Vistra BVI Limited
Vistra Corporate Services Centre, Wickhams Cay II,
Road Town, Tortola, VG1110, British Virgin Islands

Baloas Limited
c/o Vistra BVI Limited
Vistra Corporate Services Centre, Wickhams Cay II,
Road Town, Tortola, VG1110, British Virgin Islands

By Certified Mail Return Receipt upon:

Lovitas Inc.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Baloas Inc.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Sukhbaatar Batbold
c/o Orin Synder, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

Battushig Batbold
c/o Orin Synder, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

Dated: Brooklyn, New York
　　　　April 30, 2024

*Yvette Ramos*
Yvette Ramos
ProMinds, Paralegal