UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>- *against*-<br><br>ANY AND ALL SHARES OF 21 EAST 61 STREET APARTMENT CORP. HELD IN THE NAME OF LOVITAS, INC., TOGETHER WITH THE APPURTENANT PROPRIETARY LEASE FOR COOPERATIVE UNIT 12E WITHIN THE REAL PROPERTY AND PREMISES LOCATED AT 21 EAST 61ST STREET, NEW YORK, NEW YORK 10065, AND ALL PROCEEDS TRACEABLE THERETO, and<br><br>CONDOMINIUM UNIT 58D, TOGETHER WITH ITS RESPECTIVE APPURTENANCES, IMPROVEMENTS, FIXTURES, ATTACHMENTS, EASEMENTS AND FURNISHINGS, LOCATED AT 230 WEST 56TH STREET, NEW YORK, NEW YORK 10019, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>            Defendants <u>In</u> <u>Rem</u>. | **VERIFIED CLAIM**<br><br>Civil Action No 24-2147 |

    Claimants Lovitas, Inc., Baloas, Inc. and their beneficial owner Hak Seon Kim by their undersigned Counsel submit this Verified Claim pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and asserts as follows:

    1.  Lovitas, Inc. is a corporation organized under the laws of the State of New York with its address at: C T Corporation System, 28 Liberty St., New York, New York 10005.

    2.  Lovitas, Inc. is the owner of 134 shares of EAST 61 STREET APARTMENT CORP. and the holder of the appurtenant proprietary lease (as the lessee and shareholder-tenant) for Apartment (Unit) 12 E located at 21 East 61st Street, New York, New York 10065, which together with "all proceeds traceable thereto" are named in the Government's complaint as the "Carlton House Property" (ECF No 1, ¶4).

3. Based on the foregoing, Lovitas, Inc. has direct ownership and possessory interest in the Carlton House Property that the Government seeks to forfeit in this civil forfeiture action.

4. Baloas, Inc. is a corporation organized under the laws of the State of New York with its address at: C T Corporation System, 28 Liberty St., New York, New York 10005.

5. Baloas, Inc. is the owner of Condominium Unit 58D, together with its respective appurtenances, improvements, fixtures, attachments, easements and furnishings, located at 230 West 56th Street, New York, New York 10019, which together with "all proceeds traceable thereto" are named in the Government's complaint as the "Park Imperial Property" (ECF No 1, ¶4).

6. Based on the foregoing, Baloas, Inc. has direct ownership and possessory interest in the Park Imperial Property that the Government seeks to forfeit in this civil forfeiture action.

7. Hak Seon Kim, who resides at 35A, Westminster Terrace, 2A Yau Lai Road, Ting Kau, Tsuen Wan, Hong Kong, is the sole beneficial owner of Lovitas, Inc. and Baloas, Inc. and would be harmed by the forfeitures sought by the Government

WHEREFORE, Lovitas, Inc., Baloas, Inc. and their beneficial owner, Hak Seon Kim respectfully submit this Verified Claim and contest the forfeiture of the Carlton House Property and the Park Imperial Property..

Dated: June 3, 2024

KELLNER HERLIHY GETTY & FRIEDMAN LLP

By: _____
    Douglas A. Kellner
470 Park Avenue South–7th Floor
New York, NY 10016-6819
Telephone: 212-889-2121
Email: dak@khgflaw.com

*Attorneys for Claimants Lovitas, Inc., Baloas, Inc. and Hak Seon Kim*

## VERIFICATION

I, Hak Seon Kim, President and sole beneficial owner of Lovitas, Inc. and Baloas, Inc. verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim is true and correct.

Dated this 3rd day of June, 2024

_____
Hak Seon Kim