UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                           Plaintiff,<br><br>                        - *against*-<br><br>ANY AND ALL SHARES OF 21 EAST 61 STREET APARTMENT CORP. HELD IN THE NAME OF LOVITAS, INC., TOGETHER WITH THE APPURTENANT PROPRIETARY LEASE FOR COOPERATIVE UNIT 12E WITHIN THE REAL PROPERTY AND PREMISES LOCATED AT 21 EAST 61ST STREET, NEW YORK, NEW YORK 10065, AND ALL PROCEEDS TRACEABLE THERETO, and<br><br>CONDOMINIUM UNIT 58D, TOGETHER WITH ITS RESPECTIVE APPURTENANCES, IMPROVEMENTS, FIXTURES, ATTACHMENTS, EASEMENTS AND FURNISHINGS, LOCATED AT 230 WEST 56TH STREET, NEW YORK, NEW YORK 10019, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                                  Defendants <u>In</u> <u>Rem</u>. | **RULE 7.1 STATEMENT**<br><br>Civil Action No 24-2147 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for claimants Lovitas, Inc. and Baloas, Inc., certifies the following:

    1.  Claimant Lovitas, Inc. is a private New York corporation. Its registered address is 28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005.

    2.  The sole owner of all shares of Lovitas, Inc. is CYZYCUS LIMITED, an entity incorporated in the British Virgin Islands.

    3.  The ultimate beneficial owner of Lovitas, Inc. is Hak S. Kim, who also acts as Lovitas, Inc.'s principal officer.

    4.  Claimant Baloas, Inc. is a private New York corporation. Its registered address is 28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005.

5. The sole owner of all shares of Baloas Inc. is Baloas Limited, an entity incorporated in the British Virgin Islands.

6. The ultimate beneficial owner of Baloas Inc. is Hak S. Kim, who also acts as Baloas Inc.'s principal officer.

Dated: June 3, 2024

                                         KELLNER HERLIHY GETTY & FRIEDMAN LLP

                                         By: _____
                                                Douglas A. Kellner
                                         470 Park Avenue South–7th Floor
                                         New York, NY 10016-6819
                                         Telephone: 212-889-2121
                                         Email: dak@khgflaw.com

                                         *Attorneys for Claimant Lovitas, Inc.*