

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TBM/SMF
F. #2021R00164

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 20, 2025

By ECF

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Shares of 21 East 61st Street Apartment Corp., et al.
                Civil Docket No. 24-2147 (RPK) (JAM)

Dear Judge Marutollo:

      The government writes pursuant to the Court's May 31, 2025 order directing the parties to submit by June 20, 2025 a status update regarding ongoing discovery disputes in the above-captioned matter. Specifically, the parties disagree about the breadth of the confidentiality designations applied by claimants' counsel to claimants' various responses to special interrogatories the government served on them.

      In the late afternoon of Wednesday, June 18, 2025, counsel for the claimants provided the government with proposed confidentiality designations. The government briefly reviewed those designations and believes that many are inappropriate and overbroad. However, in order to appropriately assess the bases for these designations and prepare a potential challenge, the government intends to request further clarification from claimants' counsel. That process is ongoing.

      Given the nature and volume of the material at issue, and to allow for a complete evaluation of the claimants' proposed designations, the government respectfully requests that the Court adjourn by at least 21 days the status conference currently scheduled for June 26, 2025. This adjournment will allow the parties to more meaningfully meet and confer, and potentially to narrow the scope of any dispute.

Counsel for the claimants has indicated they consent to this request.

               Respectfully submitted,

               JOSEPH NOCELLA, JR.
               United States Attorney

       By:  /s/_____
               Tara B. McGrath
               Sean M. Fern
               Assistant U.S. Attorneys
               (718) 254-7000


               MARGARET A. MOESER
               Chief
               Money Laundering and Asset Recovery
               Section, Criminal Division
               U.S. Department of Justice

      By:  /s/_____
               Rachel Goldstein
               Trial Attorney

Approved:

KELLNER HERLIHY GETTY & FRIEDMAN LLP

by___*[signature: Douglas A. Kellner]*___
  Douglas A. Kellner
470 Park Avenue South, 7th Floor
New York, New York 10010
Telephone: (212) 889-2121
Email: dak@khgflaw.com
*Attorneys for Claimants Lovitas, Inc., Baloas, Inc. and Hak Seon Kim*

2