

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

TBM/SMF
F. #2021R00164

August 14, 2025

By ECF

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Shares of 21 East 61st Street Apartment Corp., et al.
                Civil Docket No. 24-2147 (RPK) (JAM)

Dear Judge Marutollo:

        The parties respectfully submit this letter pursuant to the Court's July 25, 2025 Order directing the parties to submit by August 14, 2025 a joint status report. See Minute Entry dated July 25, 2025. The parties were able to resolve the vast majority of their disputes concerning the Claimants confidentiality designations. Accordingly, the government no longer believes judicial intervention is necessary at this time and is no longer requesting a premotion conference.

Should the parties believe that judicial intervention is necessary, the parties will promptly notify Your Honor and will seek any appropriate relief.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

By:   /s/
        Tara B. McGrath
        Sean M. Fern
        Assistant U.S. Attorneys
        (718) 254-7000


        MARGARET A. MOESER
        Chief
        Money Laundering and Asset Recovery
        Section, Criminal Division
        U.S. Department of Justice

By:
        Rachel Goldstein
        Joshua L. Sohn
        Trial Attorneys
        Money Laundering and Asset Recovery
        Section, International Unit