U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TBM/SMF
F. #2021R00164

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2025

By ECF

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Shares of 21 East 61st Street Apartment Corp., et al.
           Civil Docket No. 24-2147

Dear Judge Marutollo:

      The parties respectfully submit the following status update pursuant to the Court's August 14, 2025, Order directing that a joint status update be filed by September 30, 2025. Since the parties' August 14, 2025, joint status update, no additional discovery disputes have arisen. Should that change and if either party believes judicial intervention is necessary, the parties will promptly notify Your Honor and seek appropriate relief.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
      Tara B. McGrath
      Sean M. Fern
      Assistant U.S. Attorneys

      MARGARET A. MOESER
      Chief
      Money Laundering and Asset Recovery
      Section, Criminal Division
      U.S. Department of Justice

By:

      Joshua Sohn
      Trial Attorney