# KELLNER HERLIHY GETTY & FRIEDMAN, LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE
CHARLES E. KRAUSCHE II
OLGA V. PETROVSKY

DERRICK M.NG
MICHELLE D. BAZINET
JAEMYUNG JAE LEE
MERIELEN DAL RI ZIVIANI°
LOUISE GRÉGOIRE
EDI EBIEFUNG
BRENDAN SULLIVAN

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
dak@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY
HERMAN D. FARRELL III
DMITRIY BOGORODSKIYφ

φQualified in the Russian Federation
°Admitted in Brazil

October 20, 2025

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

*United States v. Shares of 21 East 61st Street Apartment Corp. et al.*
Civil Docket No. 24-2147

Dear Judge Kovner:

Our firm represents Lovitas, Inc. and Baloas, Inc., the corporate entities that own the properties at issue in this civil forfeiture action, and Dr. Hak Seon Kim ("Dr. Kim"), the ultimate beneficial owner of the properties (collectively, the "Claimants").

On September 21, 2025 the Court directed the parties to file a joint status report by today's date. We respectfully request that the Court allow us an additional week to file the joint status report. This will give us additional time to confer with our client and to propose a schedule to the government.

Respectfully,

Douglas A. Kellner
*Attorneys for Claimants*