# KELLNER HERLIHY GETTY & FRIEDMAN, LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE
CHARLES E. KRAUSCHE II
OLGA V. PETROVSKY

DERRICK M.NG
DMITRIY BOGORODSKIYφ
MICHELLE D. BAZINET
JAEMYUNG JAE LEE
MERIELEN DAL RI ZIVIANI°
LOUISE GRÉGOIRE
EDI EBIEFUNG
BRENDAN SULLIVAN

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
dak@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY
HERMAN D. FARRELL III

φ Qualified in the Russian Federation
° Admitted in Brazil

December 19, 2025

*By email*: Tara.McGrath@usdoj.gov

Tara McGrath, Esq.
Assistant United States Attorney
Eastern District of New York
271A Cadman Plaza East
Brooklyn, New York 11201

>*United States v. Shares of 21 East 61st Street Apartment Corp. et al.*
>Civil Docket No. 24-2147

Dear Ms. McGrath:

    We write as counsel to claimants Lovitas, Inc., Baloas, Inc. and Dr. Hak Seon Kim (the "Claimants"). In accordance with the Court's Individual Practice Rules, Claimants are serving their Motion to Dismiss. The motion papers consist of the following:

- Claimants' Notice of Motion to Dismiss the Complaint;

- Claimants' Memorandum of Law in Support of their Motion to Dismiss;

- Declaration of Douglas Kellner with accompanying exhibits;

- Declaration of Sunny Hathiramani with accompanying exhibits;

- Declaration of Mergen Baasandorj.

Yours truly,

*Douglas A. Kellner*

Douglas A. Kellner
*Attorneys for Claimants*

Copies to: All Counsel of Record (via CM-ECF)