

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

TBM/SMF
F. #2021R00164

February 13, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Shares of 21 East 61st Street Apartment Corp., et al.
                Civil Docket No. 24-2147 (RPK) (JAM)

Dear Judge Kovner:

      The government respectfully submits this letter, with consent of counsel for the Claimants, to request a six-week adjournment of the deadline by which the government must respond to the Claimants' motion to dismiss the complaint in the above-captioned matter.

      Claimants' motion raises issues concerning the interpretation and application of Mongolian criminal law and relies on a declaration from a Mongolian law expert. The government is in the process of consulting its own Mongolian law expert to evaluate and respond to Claimants' legal arguments. Due to delays in obtaining source materials from Mongolian authorities, among other things, the government's expert requires additional time to complete that review. A brief adjournment is therefore necessary to allow the government to prepare a

complete and informed response. If the request is granted, the government's opposition would be due on April 2, 2026, and Claimants' reply would be due on May 14, 2026.

The government thanks the Court for its consideration of this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Tara B. McGrath
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: /s/
Rachel Goldstein
Trial Attorney

cc: Clerk of the Court (RPK) (by ECF)
Counsel of Record (by ECF)