**GIBSON DUNN**

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

April 9, 2026

*Via ECF*
The Honorable Rachel Kovner, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States of America v. Any And All Shares Of 21 East 61 Street Apartment Corp., et al.*, No. 24-cv-2147

Dear Judge Kovner,

We write as counsel to proposed intervenor Sukhbaatar Batbold.  In accordance with this Court's Individual Practice Rules, Mr. Batbold has served his motion to intervene pursuant to Rule 24 by email upon the government and Claimants.  The motion papers consist of the following:

1.  Notice of Motion to Intervene Pursuant to Rule 24;

2.  Mr. Batbold's Memorandum of Law in Support of his Motion to Intervene;

3.  Declaration of Lee R. Crain in Support of Mr. Batbold's Motion to Intervene and accompanying exhibits.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Orin Snyder*
Orin Snyder
Stephanie Brooker (*pro hac vice* forthcoming)
Lee R. Crain

*Attorneys for Proposed Intervenor*
*Sukhbaatar Batbold*


cc: All Counsel of Record (via CM-ECF)